UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


IXIO NUNEZ,

               Plaintiff,

v.                             Case No. 3:13-cv-912-J-34JBT

OFFICER NORMAN, etc.;

               Defendant.
_____

## ORDER TO SHOW CAUSE

On March 17, 2014, the Court ordered Plaintiff, by April 14, 2014, to submit one copy of the Complaint (Doc. 1) for service of process upon Defendant Norman.[1] <u>See</u> Order (Doc. 12).  Additionally, the Court advised Plaintiff that his failure to do so may result in the dismissal of this action without further notice. The designated deadline having passed on Monday, April 14, 2014, Nunez shall show cause, **by May 28, 2014**, why this case should not be dismissed for his lack of prosecution.  Plaintiff's failure by the designated deadline to submit one copy of the Complaint <u>and</u> show satisfactory cause for his initial failure to do so will result in the dismissal of this action without further notice for his failure to prosecute.

_____

[1] The "Instructions for Filing a Civil Rights Complaint by Prisoners under the Civil Rights Act, 42 U.S.C. § 1983" (Instructions) require one additional copy of the Complaint for each named Defendant. <u>See</u> Instructions at I, section (1). Moreover, the Instructions accompanying the complaint form admonish that "[f]ailure to comply with the instructions or forms contained herein may result in the dismissal of your action." <u>Id</u>.

<u>See</u> Rule 3.10(a), Local Rules, United States District Court for the Middle District of Florida.

If the issues addressed in the Complaint have been resolved or are moot <u>or</u> if Nunez, after assessing his case, has determined that he no longer desires to pursue the action given his particular circumstances, he shall file a motion to voluntarily dismiss the action.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of April, 2014.

sc 4/23
c:
Ixio Nunez

JOEL B. TOOMEY
United States Magistrate Judge